APRIL 3, 1941

**No. 5193.—**—*La Manna, Azema & Farnan, Inc.* v. *United States.* Entered at New York. Not published. Motion by plaintiff.